# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Abel Torres                                                   CASE NO. 14-28339-LMI
     and
     Sayda J. Torres

        Debtors          /

## EX PARTE MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH NATIONSTAR MORTGAGE

The above-referenced Debtor requests the Court enter an Order approving The Loss Mitigation Agreement with NationStar Mortgage ("Lender") and states as follows:

1. The Court referred this matter to Loss Mitigation Mediation ("LMM") (ECF #21 ) on October 14, 2014.

2. The final LMM conference was set for January 14, 2015 but not conducted because the parties agreed prior to attendance at the mediation.

3. The LMM Mediator filed a Final Report of Loss Mitigation Mediator (ECF# 36) on January 14, 2015 reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan on or before February 16, 2014 to provide for the

payment.

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

**8.** The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Loss Mitigation Agreement with NationStar Mortgage ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve The Loss Mitigation Agreement with NationStar Mortgage, was served by U.S, first class mail, upon the parties listed below on January 16, 2015.

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Copies to: [all parties to mediation]