
P.O. BOX 630268
Irving, TX 75063

November 27, 2014

6-692-09336-0000031-001-2-000-000-000-000

ROBERT SANCHEZ ESQ
355 W 49TH ST
HIALEAH FL  33012-3715

Loan #: 7435
Case #: 1428339, ABEL TORRES, SAYDA J TORRES
Property Address:  20237 NW 27 CT
MIAMI GARDENS FL 33056

**HELPING YOU STAY IN YOUR HOME.**


MAKING HOME AFFORDABLE

Dear ROBERT SANCHEZ ESQ:

**Congratulations!** Your client is approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments.  Please read this letter so that you understand all the steps your client will need to take to modify their mortgage payments.

**To Accept this Offer**
You or your client must contact us at (877) 782-7612 EXT. 5492415  or in writing at Nationstar Mortgage LLC, P.O. Box 630268, Irving, TX 75063, by no later than 14 calendar days from the date of this letter to indicate your client's intent to accept this offer. In addition, your client must make their first Trial Period Plan payment by 1/1/2015.

**What your client will need to do...**
In acceptance of this offer, your client must make new monthly "trial period payments" in place of their normal monthly mortgage payment.  Send their monthly trial period payments—instead of the normal monthly mortgage payment—as follows:

| | |
|---|---|
| 1st payment: $840.07 | due 1/1/2015 |
| 2nd payment: $840.07 | due 2/1/2015 |
| 3rd payment: $840.07 | due 3/1/2015 |

After all trial period payments are timely made and your client has submitted all the required documents, the mortgage would then be permanently modified. (Your existing loan and loan requirements  remain in effect and unchanged during the trial period.)  **If each payment is not received by Nationstar Mortgage LLC in the month in which it is due, this offer will end and your client's loan will not be modified under the Making Home Affordable program.**

If your client has any questions or if your client cannot afford the trial period payments shown above but wants to remain in their home, or if your client has decided to leave their home but still wants to avoid foreclosure, your Dedicated Loan Specialist is Javier Garcia and can be reached at (877) 782-7612 EXT. 5492415, Monday through Friday, between 8:00 a.m. and 7:00 p.m. (CT), and Saturday, between 8:00 a.m. and 12:00 p.m. (CT) or via mail at the above listed mailing address. The "Frequently Asked Questions" document will also provide you with valuable information. **Please see page 6** for additional Loss Mitigation Workout information.

**For additional information, visit MyNationstar.com**

Sincerely,
Nationstar Mortgage LLC

Attachments: (1) Frequently Asked Questions; (2) Additional Trial Period Plan Information and Legal Notices; (3) Trial Period Plan Notice  (Verified Income) and Workout Mitigation Workout Information Form

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we — your mortgage servicer — and the Federal Government are working to offer you options to help you stay in your home.

TPPHB  0913 — Page 1 — HMP24  Rev 0510 — EQUAL HOUSING LENDER



**FREQUENTLY ASKED QUESTIONS**     Get the answers you need to some of the most common questions.

**Q. What else should your client know about this offer?**
- If your client makes the new payments timely **we will not conduct a foreclosure sale.**
- Your client will not be charged any fees for this trial period plan or permanent modification.
- If the loan is modified, we will waive all unpaid late charges.
- Your client's credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about the credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- Your client may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers your client immediate payment relief and gives your client time to make sure they can manage the lower monthly mortgage payment. The trial period is temporary, and the existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was the new payment in the trial period determined?**

The trial period payment is an affordable percentage of your client's total gross monthly income, which we determined to be $2,076.37 based upon the income documentation that was provided. The trial period payment is based on an interest rate of 4.000%. In addition, if the existing payment includes mortgage insurance premiums, this amount will also be added to the payment.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your client's modified monthly payment may change if your client's property taxes and insurance premiums change. If your client did not have an escrow account before, the timing of the tax and insurance bills may require that your client make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your client's loan has an escrow shortage of $1,858.08; this can either be paid in a lump sum when the loan is modified or over the next 12 months in an amount of $154.84 per month which is included in the modified monthly mortgage payment. If your client wishes to pay the total shortage as a lump sum, please contact us at (877) 782-7612 EXT. 5492415.

**Q. When will your client know if your client's loan can be modified permanently and how will the modified loan balance be determined?**

Once your client makes all of the trial period payments on time, we will send a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your client's regular mortgage payments will be added to the balance of the loan along with any other past due amounts as permitted by the loan documents. While this will increase the total amount that your client owes, it should not significantly change the amount of the modified mortgage payment.



**FREQUENTLY ASKED QUESTIONS** — Get the answers you need to some of the most common questions.

**Q. Will your client's interest rate and principal and interest payment be fixed after the loan is permanently modified?**

Once the loan is modified, the interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. The new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your client's homeowners insurance, property tax assessment or other escrowed expenses increases, the monthly payment will increase as well.

**Q. What if your client has other questions about Home Affordable Modification that cannot be answered by the mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if your client is aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your client's name, our name as your servicer, the property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



EQUAL HOUSING LENDER

**IMPORTANT PROGRAM INFO** Here's additional information you need to know about the Home Affordable Modification Program.

### Additional Trial Period Plan Information and Legal Notices

The terms of their trial period plan below are effective on the day your client makes their first trial period payment, provided your client has paid it on or before 1/1/2015. Your client and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided your client is complying with the terms of the trial period plan, except as detailed below:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if your client is notified in writing that they failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.

- Your client agrees that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay the oldest delinquent monthly payment. Your client also agrees that the servicer will not pay the interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your client's modified principal balance.

- The servicer's acceptance and posting of your client's new payment during the trial period will not be deemed a waiver of the acceleration of the loan (or foreclosure actions) and related activities, and shall not constitute a cure of your client's default under the loan unless such payments are sufficient to completely cure the entire default under your client's loan.

**If your client's monthly payment did not include escrows for taxes and insurance, your client is now required to do so:**

- Your client agrees that any prior waiver that allowed your client to pay directly for taxes and insurance is revoked. Your client agrees to establish an escrow account and to pay required escrows into that account.

**Their current loan documents remain in effect; however, your client may make the trial period payment instead of the payment required under their loan documents:**

- Your client agrees that all terms and provisions of the current mortgage note and mortgage security instrument remain in full force and effect and your client will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.


EQUAL HOUSING LENDER

 P.O. BOX 630268
Irving, TX 75063

November 27, 2014

6-692-09336-0000031-001-6-000-000-000-000

ROBERT SANCHEZ ESQ
355 W 49TH ST
HIALEAH FL  33012-3715

Loan #:          7435
Case#:  1428339, ABEL          TORRES, SAYDA J
        TORRES
Property Address:  20237 NW 27 CT
                   MIAMI GARDENS FL 33056

**HELPING YOU STAY IN YOUR HOME.**


MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
### Act now to get the help you need!

Dear ROBERT SANCHEZ ESQ:

Your client did it! By entering into a Home Affordable Modification Trial Period Plan your client has taken the first step toward making their payment more affordable. We want to remind you that when your client signed the Trial Period Plan, your client agreed to work with a HUD-approved housing counseling agency. The service provided by the housing counseling agency is **free.** Counselors will work with your client to create a household budget and develop an action plan to reduce their household debts. Your client can also count on the housing counselor to provide your client with support during the loan modification process.

Your client's next step is to choose from the following housing counseling options:

  A. Select a HUD approved housing counseling agency by going to this website address:
     http://www.hud.gov/offices/hsg/sfh/hcc/fc/. The available agencies are listed by state and can
     provide you with either in-person counseling or counseling by phone.

  B. Or, select counseling by phone through the HOPE Hotline by calling 1-888-995-HOPE. This is an on-demand counseling
     service that is available 24-hours a day/7-days a week. The HOPE Hotline is available in Spanish or English (other
     languages are available on request).

Whichever option your client selects, the housing counseling services will be made available at NO COST TO YOUR CLIENT. Remember, it is your client's responsibility to contact one of these counseling agencies. It is also a requirement of the Trial Period Plan.

If you have questions about this requirement, please contact us at (877) 782-7612 EXT. 5492415.

Sincerely,

**Nationstar Mortgage LLC**

The Making Home Affordable program was created to help millions of homeowners refinance or modify their mortgages. As part of this program we, your mortgage servicer, and the Federal Government are working to offer you options to help you stay in your home.

TPPHB_0913                                    Page 5                            HMP24  Rev 0510  EQUAL HOUSING LENDER



**Nationstar MORTGAGE**  P.O. BOX 630268  Irving, TX 75063

November 27, 2014

6-692-09336-0000031-001-7-000-000-000-000

ROBERT SANCHEZ ESQ
355 W 49TH ST
HIALEAH FL  33012-3715

Loan #:          7435
Case #: 1428339 ABEL            TORRES SAYDA J
                  TORRES
Property Address:   20237 NW 27 CT
                              MIAMI GARDENS FL 33056

Dear ROBERT SANCHEZ ESQ:

**Re: Loss Mitigation Options**

Your client was evaluated for the following program(s):

   HAMP Tier I - Declined

   **Denial Reason:** Excessive Forbearance
   We are unable to offer you a modification because we are unable to create an affordable payment without changing the terms of your loan beyond the requirements of the program.

   HAMP Tier II - Approved

   Standard Modification - Not Available *

If you have any questions regarding the information outlined in this document, your Dedicated Loan Specialist is Javier Garcia and can be reached at (877) 782-7612 EXT. 5492415, Monday-Friday, 8 a.m. to 7 p.m. (Central Time) and Saturday, 8 a.m. to 12 p.m. (Central Time) or via mail at the below listed mailing address, or email us at customerrelationsofficer@nationstarmail.com.  Visit us on the web at www.MyNationstar.com for further clarification of possible alternatives.

If this is your client's first complete application for a modification of a loan secured by the primary residence, your client has the right to appeal non-approval for a modification or to discuss loss mitigation options that may be available to your client within 30 calendar days from the date of this notice.  The appeal must be in writing and sent to the mailing address below. Please specify the basis for your client's dispute, and include any documentation your client believes is relevant to the appeal, such as property valuation or proof of income.

   **Nationstar Mortgage LLC**
   **Attn: Customer Relations**
   **P.O. Box 630348**
   **Irving TX 75063**

Please note the following:

A third party appraisal or other written valuation was developed in connection with your client's application for loss mitigation.  A copy of that evaluation should have been forwarded to your mailing address.  If you did not receive a copy, please contact us directly to request an additional copy.

Sincerely,

Nationstar Mortgage LLC
*Not available means this program was not considered due to an eligibility requirement or requirements not met.
Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.


EQUAL HOUSING LENDER