| UNITED STATES BANKRUPTCY COURT<br>**Southern District of Florida (Miami)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Abel Torres and Sayda J Torres | Case Number:<br>14-28339 | |
| Name of Creditor:<br>Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 7435** | | _ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                              Date:  03/28/2015
   Michael Daniels - Assistant Secretary

1257104-1cf44cfe-4e99-4d55-bbbe-a6690aaa5312-

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 14-28339

In re:  Judge: Laurel M Isicoff

Abel Torres and Sayda J Torres

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Abel Torres
Sayda J Torres
20237 NW 27th Court
Miami Gardens, FL 33056-2114

Debtor's Attorney: Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee: Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent