UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 14-28339-LMI
Abel Torres
Sayda J Torres
    Debtor(s).  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 14, 2014 the instant case was filed.

2. On November 7, 2014 Debtor's Second Amended Chapter 13 plan was confirmed.

3. In the Debtors' confirmed plan, the Debtors were participating in this court's MMM procedures for their homestead property.

4. Debtors were approved for a final loan modification and was approved by court order on November 17, 2016.

5. Debtors wish to modify their plan to provide for the new modified payment outside the bankruptcy plan and direct to the lender.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on November 18, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161