# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED plan

DEBTOR: Abel Torres          JOINT DEBTOR: Sayda J. Torres          CASE NO.: 14-28339-LMI
Last Four Digits of SS# 3791          Last Four Digits of SS# 8345

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 940.26 for months 1 to 27; in order to pay the following creditors:
B.  $ 1,025.83 for months 28 to 28; in order to pay the following creditors:
C.  $ 209.53 for months 29 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650+1800 (LMM) + $525 (Motion to Modify)= 5975 TOTAL
                    PAID $ 1800
                    Balance Due     $ 4175   payable $ 91.25/month (Months 1 to 27)
                                             payable $ 923.25/month (Months 28 to 28)
                                             payable $ 157.60/month (Months 29 to 33)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage
Address: 350 Highland Dr           Lmm Payment        $ 818.51/month (Months 1 to 27)
         Lewisvilee, TX 75067
Account No: xxxx7435

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
                       Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 /month (Months 1 to 28); Pay $ 30.97 /month (Months 29 to 33); and Pay $ 188.57 /month (Months 34 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Leslie Estates HOA 4 and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. **"The Debtor has filed a Verified Motion for Referral to LMM with Nation Star Mortgage("Lender"), loan number xxxx7435, for real property located at 20237 NW 27 Court Miami Gardens, FL 33056. The Debtors were granted a Final Loan Modification and will pay the creditor direct and outside the plan."**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Robert Sanchez, Esq.                        /s/ Robert Sanchez, Esq.
Attorney for the Debtor                         Attorney for the Joint Debtor
Date: 11/18/2016                                Date: 11/18/2016

LF-31 (rev. 01/08/10)